In the Matter of JACK A. VALADA, Appellant, v. BINGHAMTON URBAN RENEWAL AGENCY et al., Respondents.—

Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.